**Below is the Order of the Court.**

_Brian D. Lynch_

**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re | No. 20-41126 |
|---|---|
| ISMAELITE LAURORE,<br><br>Debtor. | ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR ADMINISTRATIVE EXPENSES |

This matter having come on for hearing, or no hearing being necessary or appropriate under the circumstances, upon Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, it is hereby ordered that:

1. The Final Report and distributions proposed therein are approved;

2. Reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred are hereby awarded and allowed as follows:

| Applicants | Compensation | Expenses |
|---|---|---|
| Kathryn A. Ellis (Trustee) | $5,884.75 | |
| Kathryn A. Ellis (Trustee) | | $310.50 |

///End of Order///

Presented By:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, Chapter 7 Trustee