The Honorable: Brian D. Lynch
Chapter 7
Location: _____
Hearing Date: _____
Hearing Time: _____
Response Date: _____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re: LAURORE, ISMAELITE § Case No. 20-41126
§
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kathryn A. Ellis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $27,117.48 | Assets Exempt: | $46,892.48 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $237,027.91 | Claims Discharged Without Payment: | $39,097.28 |
| Total Expenses of Administration: | $28,153.09 | | |

3) Total gross receipts of $265,181.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $265,181.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $344,817.00 | $336,176.92 | $224,232.07 | $224,232.07 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $27,308.37 | $28,153.09 | $28,153.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $47,312.00 | $47,229.12 | $47,229.12 | $12,795.84 |
| **TOTAL DISBURSEMENTS** | $392,129.00 | $410,714.41 | $299,614.28 | $265,181.00 |

4) This case was originally filed under chapter 7 on 04/27/2020. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2021    By: /s/ Kathryn A. Ellis
                         Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1928 Strathmore Circle, Mount Dora, FL | 1110-000 | $260,700.00 |
| avoidance claim | 1141-000 | $4,481.00 |
| **TOTAL GROSS RECEIPTS** | | **$265,181.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Lancaster at Loch Leven HOA | 4110-000 | NA | $3,851.92 | $3,052.00 | $3,052.00 |
| S1 | JPMorgan Chase Bank NA | 4110-000 | NA | $332,325.00 | $221,180.07 | $221,180.07 |
| N/F | Chase Mortgage/ Chase Records | 4110-000 | $332,325.00 | NA | NA | NA |
| N/F | Navy Federal Credit Union | 4110-000 | $12,492.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$344,817.00** | **$336,176.92** | **$224,232.07** | **$224,232.07** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kathryn A. Ellis | 2100-000 | NA | $5,884.75 | $5,884.75 | $5,884.75 |
| Trustee, Expenses - Kathryn A. Ellis | 2200-000 | NA | $310.50 | $310.50 | $310.50 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Bond Payments - International Sureties Ltd. | 2300-000 | NA | $0.00 | $2.03 | $2.03 |
| Costs re Sale of Property - closing costs | 2500-000 | NA | $3,003.34 | $3,003.34 | $3,003.34 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $12.88 | $12.88 | $12.88 |
| Other State or Local Taxes (post-petition) - property taxes | 2820-000 | NA | $0.00 | $842.69 | $842.69 |
| Other State or Local Taxes (post-petition) - excise tax | 2820-000 | NA | $1,789.90 | $1,789.90 | $1,789.90 |
| Realtor for Trustee Fees (Real Estate Commissions) - Kavita Uttamchandani | 3510-000 | NA | $15,342.00 | $15,342.00 | $15,342.00 |
| Realtor for Trustee Expenses - Kavita Uttamchandani | 3520-000 | NA | $265.00 | $265.00 | $265.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$27,308.37** | **$28,153.09** | **$28,153.09** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable Inc. | 7200-000 | $2,908.00 | $3,468.18 | $3,468.18 | $939.64 |
| 2 | Navy Federal Credit Union | 7200-000 | $12,492.00 | $10,109.49 | $10,109.49 | $2,738.98 |
| 4 | Army & Air Force Exchange Services | 7200-000 | $2,000.00 | $1,781.72 | $1,781.72 | $482.72 |
| 5 | U.S. Department of Education | 7200-000 | $25,248.00 | $31,869.73 | $31,869.73 | $8,634.50 |
| N/F | Capital One Bank | 7100-000 | $403.00 | NA | NA | NA |
| N/F | Capital One Bank NA USA | 7100-000 | $193.00 | NA | NA | NA |
| N/F | FinWise Bank/Opp Loans | 7100-000 | $1,732.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $625.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $411.00 | NA | NA | NA |
| N/F | Net Credit | 7100-000 | $1,300.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$47,312.00** | **$47,229.12** | **$47,229.12** | **$12,795.84** |

| Case No.: | 20-41126 | Trustee Name: | (670270) Kathryn A. Ellis |
| --- | --- | --- | --- |
| Case Name: | LAURORE, ISMAELITE | Date Filed (f) or Converted (c): | 04/27/2020 (f) |
| | | § 341(a) Meeting Date: | 06/02/2020 |
| For Period Ending: | 07/14/2021 | Claims Bar Date: | 01/22/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1928 Strathmore Circle, Mount Dora, FL | 350,000.00 | 0.00 | | 260,700.00 | FA |
| 2 | 2012 Nissan Maxima | 10,000.00 | 0.00 | | 0.00 | FA |
| 3 | misc. household goods and furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | electronics | 375.00 | 0.00 | | 0.00 | FA |
| 5 | clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 1 dog | 25.00 | 0.00 | | 0.00 | FA |
| 7 | cash on hand | 30.00 | 0.00 | | 0.00 | FA |
| 8 | Navy Federal Credit Union ****5337 and ****2672 | 131.13 | 0.00 | | 0.00 | FA |
| 9 | Chase ****3919 and ****7753 (Sage & Onyx Soapery LLC) | 26.01 | 26.50 | | 0.00 | FA |
| 10 | PayPal account (Custom Essentials LLC) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | TDAmeritrade investment account | 283.57 | 0.00 | | 0.00 | FA |
| 12 | 100% Custom Essentials LLC | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Sage and Onyx LLC | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 401k | 140.00 | 0.00 | | 0.00 | FA |
| 15 | security deposit | 500.00 | 0.00 | | 0.00 | FA |
| 16 | term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 17 | loan proceeds<br>- Asset removed by amended schedules | 0.00 | 1,800.00 | | 0.00 | FA |
| 18 | misc. soap bars | 800.00 | 0.00 | | 0.00 | FA |
| 19 | avoidance claim | 1,748.00 | 2,398.01 | | 4,481.00 | FA |
| 20 | IRS stimulus payment (u)<br>- IRS (Covid) stimulus payments are not property of the bankruptcy estate<br>- Asset removed by amended schedules | 0.00 | 0.00 | | 0.00 | FA |
| 21 | VA educational benefits (u) | 9,401.67 | 0.00 | | 0.00 | FA |
| 22 | Navy Federal Credit Union ****5253 (u) | 5.10 | 0.00 | | 0.00 | FA |
| 23 | CashApp account (u) | 0.00 | 0.00 | | 0.00 | FA |
| **23** | **Assets Totals (Excluding unknown values)** | **$378,865.48** | **$4,224.51** | | **$265,181.00** | **$0.00** |

**Case No.:** 20-41126
**Case Name:** LAURORE, ISMAELITE

**Trustee Name:** (670270) Kathryn A. Ellis
**Date Filed (f) or Converted (c):** 04/27/2020 (f)
**§ 341(a) Meeting Date:** 06/02/2020

**For Period Ending:** 07/14/2021

**Claims Bar Date:** 01/22/2021

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):** 05/05/2021 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 20-41126 | Trustee Name: | Kathryn A. Ellis (670270) |
|---|---|---|---|
| Case Name: | LAURORE, ISMAELITE | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6364 | Account #: | ******8262 Checking |
| For Period Ending: | 07/14/2021 | Blanket Bond (per case limit): | $51,601,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/21 | {19} | Ballard Spahr LLP | settlement payment | 1141-000 | 4,481.00 | | 4,481.00 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,476.00 |
| 03/10/21 | 101 | International Sureties Ltd. | 2021 blanket bond payment | 2300-000 | | 2.03 | 4,473.97 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.88 | 4,466.09 |
| 04/09/21 | | Ocean Title LLC | sale of real property | | 15,225.00 | | 19,691.09 |
| | {1} | | gross sale price $255,700.00 | 1110-000 | | | |
| | | Lancaster at Loch Leven HOA | buyers' contribution towards HOA lien $136.94 | 4110-000 | | | |
| | {1} | | buyer's premium $5,000.00 | 1110-000 | | | |
| | | JPMorgan Chase Bank NA | 1st mortgage -$221,180.07 | 4110-000 | | | |
| | | Lancaster at Loch Leven HOA | HOA lien -$3,188.94 | 4110-000 | | | |
| | | property taxes | property taxes -$842.69 | 2820-000 | | | |
| | | Kavita Uttamchandani | real estate commissions -$15,342.00 | 3510-000 | | | |
| | | Kavita Uttamchandani | reimbursement for payment of utility bill for inspections -$265.00 | 3520-000 | | | |
| | | excise tax | excise tax -$1,789.90 | 2820-000 | | | |
| | | closing costs | closing costs -$3,003.34 | 2500-000 | | | |
| 06/11/21 | 102 | Kathryn A. Ellis | Combined trustee compensation & expense dividend payments. | | | 6,195.25 | 13,495.84 |
| | | Kathryn A. Ellis | Claims Distribution - Mon, 05-03-2021 $5,884.75 | 2100-000 | | | |
| | | Kathryn A. Ellis | Claims Distribution - Mon, 05-03-2021 $310.50 | 2200-000 | | | |
| 06/11/21 | 103 | United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $700.00; Claim # ; Filed: $700.00 | 2700-000 | | 700.00 | 12,795.84 |
| 06/11/21 | 104 | Accounts Receivable Inc. | Distribution payment - Dividend paid at 27.09% of $3,468.18; Claim # 1; Filed: $3,468.18 | 7200-000 | | 939.64 | 11,856.20 |
| 06/11/21 | 105 | Navy Federal Credit Union | Distribution payment - Dividend paid at 27.09% of $10,109.49; Claim # 2; Filed: $10,109.49 | 7200-000 | | 2,738.98 | 9,117.22 |

Page Subtotals: $19,706.00 $10,588.78

{ } Asset Reference(s) UST Form 101-7-TDR (10/1/2010) ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 20-41126 | Trustee Name: | Kathryn A. Ellis (670270) |
|---|---|---|---|
| Case Name: | LAURORE, ISMAELITE | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6364 | Account #: | ******8262 Checking |
| For Period Ending: | 07/14/2021 | Blanket Bond (per case limit): | $51,601,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/11/21 | 106 | Army & Air Force Exchange Services | Distribution payment - Dividend paid at 27.09% of $1,781.72; Claim # 4; Filed: $1,781.72 | 7200-000 | | 482.72 | 8,634.50 |
| 06/11/21 | 107 | U.S. Department of Education | Distribution payment - Dividend paid at 27.09% of $31,869.73; Claim # 5; Filed: $31,869.73 | 7200-000 | | 8,634.50 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 19,706.00 | 19,706.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 19,706.00 | 19,706.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $19,706.00 | $19,706.00 | |

{ } Asset Reference(s)    UST Form 101-7-TDR (10/1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 20-41126 | | **Trustee Name:** | Kathryn A. Ellis (670270) |
| **Case Name:** | LAURORE, ISMAELITE | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6364 | | **Account #:** | ******8262 Checking |
| **For Period Ending:** | 07/14/2021 | | **Blanket Bond (per case limit):** | $51,601,059.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8262 Checking | $19,706.00 | $19,706.00 | $0.00 |
| | **$19,706.00** | **$19,706.00** | **$0.00** |